**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| LTL MANAGEMENT LLC,[1] | : Case No. 21-30589 (JCW) |
| | : |
| Debtor. | : |
| | : |
| | : |
| LTL MANAGEMENT LLC, | : Adversary Proceeding |
| | : |
| Plaintiff, | : |
| | : Adv. Pro. No. 21-03032 (JCW) |
| v. | : |
| | : |
| THOSE PARTIES LISTED ON | : |
| APPENDIX A TO COMPLAIN and | : |
| JOHN AND JANE DOES 1-1000, | : |
| | : |
| Defendants. | : **Ref. Docket Nos. 1-6, 10** |
| | : |

<u>**CERTIFICATE OF SERVICE**</u>

STATE OF NEW YORK    )
                  ) ss.:
COUNTY OF NEW YORK  )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the following:

    a.    "Debtor's Complaint for Declaratory and Injunctive Relief (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or, (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing," dated October 21, 2021, [Docket No. 1 in Case No. 21-03032], (the "Complaint"),

---

[1]  The last four digits of the Debtor's taxpayer identification number are 6622.  The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

   b.  "Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing," dated October 21, 2021 [Docket No. 2 in Case No. 21-03032], (the Preliminary Motion"),

   c.  "Supplemental Declaration of John K. Kim in Support of Debtor's Complaint for Declaratory and Injunctive Relief and Related Motions," dated October 21, 2021 [Docket No. 3 in Case No. 21-03032], (the "Declaration")

   d.  "Debtor's Ex Parte Motion Requesting Authority to Exceed Maximum Page Limit," dated October 21, 2021 [Docket No. 4 in Case No. 21-03032], (the "Ex Parte Motion"),

   e.  "Notice of Emergency Hearing on Adversary Proceeding Pleadings," dated October 21, 2021 [Docket No. 5 in Case No. 21-03032], (the "NOH"),

   f.  "Notice of Agenda of Matters Scheduled for Hearing on October 22, 2021," dated October 21, 2021 [Docket No. 6 in Case No. 21-03032], and

   g.  "Summons in an Adversary Proceeding," dated October 22, 2021 [Docket No. 10 in Case No. 21-03032], (the "Summons"),

by causing true and correct copies of the:

   i.  Complaint, Preliminary Motion, Declaration, Ex Parte Motion, NOH, and Agenda to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on October 21, 2021, and

   ii.  Summons to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on October 22, 2021.

*/s/ Panagiota Manatakis*
Panagiota Manatakis

Sworn to before me this
22nd day of October, 2021
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in Queens County
Commission Expires April 12, 2022

**EXHIBIT A**

**LTL MANAGEMENT LLC**
**MSL Email Service List**

| Name | Email Address |
|---|---|
| ARNOLD & ITKIN LLP | cboatright@arnolditkin.com |
| ARNOLD & ITKIN LLP | rchristensen@arnolditkin.com |
| ARNOLD & ITKIN LLP | jitkin@arnolditkin.com |
| ASHCRAFT & GEREL, LLP | jgreen@ashcraftlaw.com |
| ASHCRAFT & GEREL, LLP | plyons@ashcraftlaw.com |
| ASHCRAFT & GEREL, LLP | mparfitt@ashcraftlaw.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | marybeth@putnicklegal.com |
| AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC | dthornburgh@awkolaw.com |
| BARNES FIRM | joe.vazquez@thebarnesfirm.com |
| BEASLEY ALLEN LAW FIRM | charlie.stern@beasleyallen.com |
| BEASLEY ALLEN LAW FIRM | LEIGH.odell@beasleyallen.com |
| CELLINO LAW LLP | brian.goldstein@cellinolaw.com |
| COHEN, PLACITELLA & ROTH, P.C. | dgeier@cprlaw.com; cplacitella@cprlaw.com |
| COHEN, PLACITELLA & ROTH, P.C. | jmplacitella@cprlaw.com |
| DALIMONTE RUEB STOLLER, LLP | john@drlawllp.com |
| DALIMONTE RUEB STOLLER, LLP | jorendi@drlawllp.com |
| DALIMONTE RUEB STOLLER, LLP | greg@drlawllp.com |
| DEAN OMAR BRANHAM SHIRLEY, LLP | jdean@dobslegal.com |
| FEARS NACHAWATI LAW FIRM | dmcdowell@fnlawfirm.com |
| FERRARO LAW FIRM | lbr@ferrarolaw.com |
| FERRARO LAW FIRM | jlb@ferrarolaw.com |
| FLINT LAW FIRM LLC | eflint@flintlaw.com |
| GOLOMB SPIRIT GRUNFELD, P.C. | kgrunfeld@golombhonik.com |
| GOLOMB SPIRIT GRUNFELD, P.C. | rgolomb@golombhonik.com |
| GOLOMB SPIRIT GRUNFELD, P.C. | aspirt@golombhonik.com |
| HONIK LLC | ruben@honiklaw.com |
| HONIK LLC | david@honiklaw.com |
| KARST & VON OISTE LLP | epk@karstvonoiste.com |
| KATTEN MUCHIN ROSENMAN LLP | shaya.rochester@katten.com |
| KATTEN MUCHIN ROSENMAN LLP | katherine.scherling@katten.com |
| KATTEN MUCHIN ROSENMAN LLP | kelsey.panizzola@katten.com |
| KAZAN, MCCLAIN, SATTERLY & GREENWOOD PLC | jsatterley@kazanlaw.com |
| KIESEL LAW, LLP | zukin@kiesel.law; kiesel@kiesel.law; palmer@kiesel.law |
| KING & SPALDING LLP | ccorey@kslaw.com |
| KING & SPALDING LLP | dschneider@kslaw.com |
| LANIER LAW FIRM | michael.akselrud@lanierlawfirm.com |
| LEVY KONIGSBERG LLP | mmaimon@levylaw.com |

**LTL MANAGEMENT LLC**
**MSL Email Service List**

| | |
|---|---|
| LEVY KONIGSBERG LLP | JBlock@levylaw.com |
| MANIER & HEROD, P.C. | rmiller@manierherod.com |
| MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC | bfrench@mrhfmlaw.com |
| MENDES & MOUNT LLP | eileen.mccabe@mendes.com |
| MENDES & MOUNT LLP | stephen.roberts@mendes.com |
| MILLER FIRM, LLC | choke@millerfirmllc.com |
| MOON WRIGHT & HOUSTON, PLLC | rwright@mwhattorneys.com |
| MOON WRIGHT & HOUSTON, PLLC | ahouston@mwhattorneys.com |
| MOON WRIGHT & HOUSTON, PLLC | cbrown@mwhattorneys.com |
| MOORE & VAN ALLEN PLLC | hillarycrabtree@mvalaw.com |
| MOTLEY RICE LLC | jhurst@motleyrice.com |
| MOTLEY RICE LLC | cscott@motleyrice.com |
| NAPOLI SHKOLNIK PLLC | clopalo@napolibern.com |
| NAPOLI SHKOLNIK PLLC | jheisman@napolibern.com |
| NEXSEN PRUET, PLLC | cmyatt@nexsenpruet.com |
| NEXSEN PRUET, PLLC | mwatkins@nexsenpruet.com |
| NORTHEN BLUE, LLP | jan@nbfirm.com |
| NORTHERN BLUE, LLP | vlp@nbfirm.com |
| NORTHERN BLUE, LLP | jpc@nbfirm.com |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | rachel.obaldo@oag.texas.gov |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | autumn.highsmith@oag.texas.gov |
| OFFICE OF THE UNITED STATES BANKRUPTCY ADMINISTRATOR | shelley_abel@ncwba.uscourts.gov |
| ONDERLAW, LLC | onder@onderlaw.com |
| PARKER POE ADAMS & BERNSTEIN LLP | ashleyedwards@parkerpoe.com |
| REED SMITH LLP | jangelo@reedsmith.com |
| REED SMITH LLP | psinger@reedsmith.com |
| SIMMONS HANLY CONROY LLC | jkramer@simmonsfirm.com |
| SIMON GREENSTONE PANATIERE BARTLETT, PC | cpanatier@sgpblaw.com |
| SIMPSON THACHER & BARTLETT LLP | squsba@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | cwaldman@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | jamie.fell@stblaw.com |
| SIMPSON THACHER & BARTLETT LLP | zachary.weiner@stblaw.com |
| THE GORI LAW FIRM | beth@gorijulianlaw.com |
| THE GORI LAW FIRM | sara@gorijulianlaw.com |
| THE GORI LAW FIRM | todd@gorijulianlaw.com |
| THE HENDERSON LAW FIRM, PLLC | henderson@title11.com |
| TRAMMELL PC | fletch@trammellpc.com |
| WEITZ & LUXENBERG, P.C. | dkraftjr@weitzlux.com |
| WEITZ & LUXENBERG, P.C. | erelkin@weitzlux.com |

**LTL MANAGEMENT LLC**
**MSL Email Service List**

| | |
|---|---|
| WHITE & CASE LLP | jessica.lauria@whitecase.com |
| WHITE & CASE LLP | ricardo.pasianotto@whitecase.com |
| WHITE & CASE LLP | blair.warner@whitecase.com |
| WHITE & CASE LLP | laura.femino@whitecase.com |
| WHITE & CASE LLP | gkurtz@whitecase.com |
| WHITE & CASE LLP | mshepherd@whitecase.com |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| Email Address | Law Firm |
|---|---|
| aa@andrewsthornton.com | CPC |
| aanthony@lockslaw.com | LOCKS LAW FIRM |
| aaron@dickeyfirm.com | DICKEY LAW FIRM, LLP |
| aaron@summersandjohnson.com | SUMMERS & JOHNSON, P.C. |
| aberger@allan-berger.com | ALLAN BERGER AND ASSOCIATES |
| abraham@abraham-law.com | LENZE LAWYERS, PLC |
| aburkavage@salvilaw.com | SALVI, SCHOSTOK & PRITCHARD P.C. |
| acallis@ghalaw.com | GOLDENBERGLAW, PLLC |
| adegaris@cwcd.com | DEGARIS WRIGHT MCCALL |
| adenton@robbinsfirm.com | ROBBINS ROSS ALLOY BELINFANTE |
| adesmond@skikoscrowford.com | SKIKOS, CRAWFORD, SKIKOS & JOSEPH |
| ados@onderlaw.com | THE ONDER LAW FIRM |
| adrian@buckbarrlaw.com | BUCKINGHAM BARRERA LAW FIRM |
| adwyer@arnolditkin.com | ARNOLD & ITKIN LLP |
| aeiden@weitzlux.com | WEITZ & LUXENBERG |
| afindeis@napolilaw.com | NAPOLI SHKOLNIK, PLLC |
| afunk@potts-law.com | POTTS LAW FIRM |
| agibson@gibsonlawpc.com | GIBSON & ASSOCIATES INC. |
| agp@rgpatorneys.com | REMER & GEORGES-PIERRE, PLLC |
| agunn@simonlawpc.com | THE SIMON LAW FIRM, PC |
| ahall@dahlaw.com | DELISE & HALL |
| aimee.wagstaff@andruswagstaff.com | ANDRUS WAGSTAFF, P.C. |
| ajh@bbgbalaw.com | BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. |
| akbruster@brusterpllc.com | BRUSTER PLLC |
| akelly@wcklaw.com | WYLDER CORWIN KELLY LLP |
| aker@heardlawfirm.com | HEARD LAW FIRM, PLLC |
| aklevorn@burnscharest.com | BURNS CHAREST LLP |
| alandry@tenlaw.com | THORNTON LAW FIRM LLP |
| alazar@marlinsaltzman.com | MARLIN & SALTZMAN LLP |
| albert.northrup@andruswagstaff.com | ANDRUS WAGSTAFF, P.C. |
| alex@talf.law | THE ALVAREZ LAW FIRM |
| ali.abtahi@abtahilaw.com | CPC |
| alisha@clorelaw.com | THE CLORE LAW GROUP LLC |
| all-deaton@deatonlawfirm.com | DEATON LAW FIRM |
| allen@smith-law.org | THE SMITH LAW FIRM, PLLC |
| alph@ralphmegarge.com | MEGARGEL & ESKRIDGE CO., LPA |
| amie@unglesbylaw.com | UNGLESBY LAW FIRM |
| amy@cheeleylawgroup.com | CHEELEY LAW GROUP |
| antunovich@bisnarchase.com | BISNAR AND CHASE |
| apangparra@justinianpllc.com | JUSTINIAN & ASSOCIATES PLLC |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| apantonakis@johnsolawgroup.com | JOHNSON LAW GROUP |
| apotts@potts-law.com | POTTS LAW FIRM |
| apretz@capretz.com | CAPRETZ & ASSOCIATES |
| arash@zabetianlaw.com | MARTINIAN & ASSOCIATES, INC. |
| arford@lawlynch.com | MOTLEY RICE, LLC |
| asaucer@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| ashlea@paulmcinnes.com | PAUL LLP |
| ashleyr@dempseyandkingsland.com | ONDERLAW, LLC |
| ashton@moorelawgroup.com | MOORE LAW GROUP PLLC |
| asimon@simonlawpc.com | THE SIMON LAW FIRM, PC |
| aspirt@golombhonik.com | GOLOMB & HONIK, P.C. |
| asuarez@skikoscrawfor | SKIKOS, CRAWFORD, SKIKOS & JOSEPH |
| ASullo@sullowlaw.com | SULLO & SULLO, LLP |
| attorneyservice@gminjurylaw.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |
| azick@beasleyallen.com | BEASLEY ALLEN |
| baskew@simonlawpc.com | THE SIMON LAW FIRM, PC |
| bclark@arnolditkin.com | ARNOLD & ITKIN LLP |
| bdehkes@charleshjohnsonlaw.com | LAW OFFICES OF CHARLES H. JOHNSON, PA |
| bdelise@divelawyer.com | DELISE & HALL |
| bdeskings@garycjohnson.com | GARY C. JOHNSON P.S.C. |
| becker@paulmcinnes.com | PAUL LLP |
| beichen@njaadvocates.com | EICHEN, CRUTCHLOW, ZASLOW & MCELROY, LLP |
| ben@swmwlaw.com | SWMW LAW, LLC |
| beth@gorijulianlaw.com | THE GORI LAW FIRM |
| bevis@barneslawgroup.com | BARNES LAW GROUP, LLC |
| bfranciskato@nashfranciskato.com | NASH & FRANCISKATO LAW FIRM |
| bfrench@mrhfmlaw.com | MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC |
| bhamilton@barrettlaw.com | BARRETT LAW GROUP |
| bhamilton@barrettlawgroup.com | BARRETT LAW GROUP |
| bhonnold@gohonlaw.com | GOZA & HONNOLD, LLC |
| bhujwala@boucher.la | BOUCHER LLP |
| bill@brandtlawoffices.com | WILLIAM D. BRANDT, P.C. |
| bill@ghiorsolaw.com | GHIORSO LAW OFFICE |
| bkenney@elslaw.com | EARLY LUCARELLI SWEENEY & MEISENKOTHEN |
| blair@blairdurham.com | Bart Durham Injury Law |
| blair@onderlaw.com | THE ONDER LAW FIRM |
| blake.shuart@huttonlaw.com | HUTTON & HUTTON |
| bmccormick@rossfelle | ROSS FELLER CASEY, LLP |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| bmccormick@rossfellerca.comsey.com | ROSS FELLER CASEY, LLP |
| bmccormick@rossfellercasey.com | ROSS FELLER CASEY, LLP |
| brendant@cuneolaw.com | CUNEO GILBERT & LADUCA, LLP |
| brian.goldstein@cellinoandbarnes.com | CELLINO & BARNES, P.C. |
| brian.goldstein@cellinolaw.com | CELLINO & BARNES, P.C. |
| brian@weinsteincouture.com | WEINSTEIN COURTURE PLLC |
| brice@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| brittany.scott@beasleyallen.com | BEASLEY ALLEN |
| brittany.scott@beasleyallen.comeyallen.com | BEASLEY ALLEN |
| broche@lde.law | COLLEY SHROYER & ABRAHAM CO. LLC |
| bsmith@cssfirm.com | CHILDERS, SCHLUETER & SMITH, LLC |
| bsweeney@elslaw.com | EARLY LUCARELLI SWEENEY & MEISENKOTHEN |
| burt@eburlaw.com | ELY, BETTINI, ULMAN, ROSENBLATT & OZER |
| bwood@calljed.com | THE DIETRICH LAW FIRM |
| cbagley@farrin.com | LAW OFFICES OF JAMES SCOTT FARRIN |
| cbhutto@williamsattys.com | WILLIAMS & WILLIAMS |
| cboatright@arnolditkin.com | ARNOLD & ITKIN LLP |
| cbrandt@morrisbart.com | MORRIS BART & ASSOCIATES |
| ccarlson@carlsonattorneys.com | THE CARLSON LAW FIRM |
| ccd@kulaw.com | KELLEY/UUSTAL, PLC |
| ccoffin@pbclawfirm.com | PENDLEY, BAUDIN & COFFIN, LLP |
| cdf@cardarolaw.com | CARDARO & PEEK, L.L.C. |
| celia@riveralawoffices.com | RIVERA LAW OFFICES, PLLC |
| celliott@coloradolaw.net | BACHUS & SCHANKER LLC |
| cfoley@simmonsfirm.com | SIMMONS HANLY CONROY LLC |
| cgarber@rcrlaw.net | ONDERLAW, LLC |
| cglinka@kecheslaw.com | KECHES LAW GROUP, P.C. |
| cgraziano@hausfeld.com | HAUSFELD |
| cguilbeau@pulf.com | PROVOST UMPHREY LAW FIRM |
| champ@champlyons.com | CHAMP LYONS III, PC |
| charles@whiteandweddle.com | WHITE & WEDDLE, P.C. |
| charlie.stern@beasleyallen.com | BEASLEY ALLEN |
| charlotte@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| chase@bisnarchase.com | BISNAR AND CHASE |
| chezky@rodalaw.com | RODAL LAW, P.A. |
| chip@mcdermotthickeylaw.com | MCDERMOTT & HICKEY |
| choke@millermiller.com | THE MILLER FIRM, LLC |
| christina@heardlawfirm.com | HEARD LAW FIRM, PLLC |
| cjones@cbsclaw.com | COOK, BARTHOLOMEW, SHEVLIN, COOK & JONES LLP |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| ckirchmer@pulf.com | PROVOST UMPHREY LAW FIRM |
| clarissa@whk-law.com | WALKER, HAMILTON & KOENIG, LLP |
| cleofe@kiesel.law | KIESEL LAW, LLP |
| clopalo@napolibern.com | NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP |
| cmorabito@sgs-law.com | SMITH, GILDEA & SCHMIDT LLC |
| cmw@whiteheadfirm.com | THE WHITEHEAD LAW FIRM, LLC |
| corrigan@osclaw.com | OLEARY, SHELTON, CORRIGAN, PETERSON, |
| cpanatier@sgpblaw.com | SIMON GREENSTONE PANATIER, P.C. |
| cplacitella@cpr.com | Cohen, Placitella & Roth |
| cplacitella@cprlaw.com | COHEN, PLACITELLA & ROTH, P.C. |
| cschnieders@wcllp.com | WAGSTAFF & CARTMELL, LLP |
| cscott@motleyrice.com | MOTLEY RICE, LLC |
| csilverman@lawpga.com | SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C. |
| cstephenson@levinlaw.com | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERT |
| csutton@sutton-alker.com | SUTTON, ALKER & RATHER, LLC |
| cthomas@murray-lawfirm.com | MURRAY LAW FIRM |
| ctisi@levinlaw.com | LEVIN PAPANTONIO THOMAS MITCHELL RAFFERT |
| ctuschman@wdtlaw.org | WILLIAMS DECLARK TUSCHMAN CO., L.P.A |
| danmcdyer@ambylaw.com | BLAINE JONES LAW, LLC |
| darren@darrenwolf.com | EDLUND, GALLAGHER, HASLAM, MCCALL, WOLF & WOOTEN, PLLC |
| david.dearing@beasleyallen.com | BEASLEY ALLEN |
| david.wool@andruswagstaff.com | ANDRUS WAGSTAFF, P.C. |
| david@honiklaw.com | HONIK LLC |
| david@summersandjohnson.com | SUMMERS & JOHNSON, P.C. |
| david@zevandavidson.com | THE ZEVAN AND DAVIDSON LAW FIRM |
| davy@jcdelaw.com | JACOBS & CRUMPLAR |
| dbarrett@barrettlawgroup.com | BARRETT LAW GROUP |
| dbigelow@girardikeese.com | GIRARDI & KEESE |
| dbritt@tatelawgroup.com | KARSMAN, MCKENZIE & HART |
| dcharest@burnschares.com | BURNS CHAREST LLP |
| dchung@merchantlaw.com | MERCHANT LAW GROUP LLP |
| dclancy@kazanlaw.com | KAZAN, MCCLAIN, SATTERLEY & GREENWOOD |
| ddiamond@diamondlawusa.com | DIAMOND LAW |
| ddickens@themillerfirmllc.com | THE MILLER FIRM, LLC |
| dfranco@dranfcolaw.com | FRANCOLAW PLLC |
| dgeier@cprlaw.com | COHEN, PLACITELLA & ROTH, P.C. |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| dgolanty@boodlaw.com | BOODELL & DOMANSKIS, LLC |
| diveattorney@icloud.com | FRANKLIN, MOSELE & WALKER, PC |
| dkraftjr@weitzlux.com | WEITZ & LUXENBERG |
| dlapinski@motleyrice.com | MOTLEY RICE, LLC |
| dlee@bernlieb.com | BERNSTEIN & STERN, LLC |
| dmason@thesandersfirm.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |
| dmatthews@thematthewslawfirm.com | GORI JULIAN & ASSOCIATES, P.C. |
| dmcdowell@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| dmcmullan@barrettlawgroup.com | BARRETT LAW GROUP |
| dmigliori@motleyrice.com | MOTLEY RICE, LLC |
| don@elglaw.com | ENVIRONMENTAL LITIGATION GROUP, PC |
| don@medleylawgroup.com | MEDLEY LAW GROUP |
| doug.gibson@gibsonlawpc.com | GIBSON & ASSOCIATES INC. |
| dplymale@dugan-lawfirm.com | THE DUGAN LAW FIRM |
| drheingold@rheingoldlaw.com | RHEINGOLD VALET RHEINGOLD MCCARTNEY & GIUFFRA |
| drian@unglesbylaw.com | UNGLESBY LAW FIRM |
| drp@pourciaulaw.com | POURCIAU LAW FIRM, LLC |
| dscalia@dugan-lawfirm.com | THE DUGAN LAW FIRM |
| dsethi@azinjurylaw.com | SCHMIDT & SETHI, PC |
| dsirotkin@morellilaw.com | MORELLI LAW FIRM, PLLC |
| Dthornburgh@awkolaw.com | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC |
| duffy@cpduffylaw.com | DUFFY LAW LLC |
| dvasquez@karrtuttle.com | KARR TUTTLE CAMPBELL |
| dvermont@helmsdalelaw.com | HELMSDALE LAW, LLP |
| dwatckins@wcllp.com | WAGSTAFF & CARTMELL, LLP |
| dweck.morris@gmail.com | ROSS LAW OFFICES, P.C. |
| dyoung@rossfellercasey.com | ROSS FELLER CASEY, LLP |
| eague@beasleyallen.com | BEASLEY ALLEN |
| ealexander@lchb.com | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| eann@jcdelaw.com | JACOBS & CRUMPLAR |
| eblizzard@blizzardlaw.com | BLIZZARD & NABERS, LLP |
| ecabraser@lchb.com | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| edrick@gmail.com | ROSS LAW OFFICES, P.C. |
| edward.amos@segal-law.com | THE SEGAL LAW FIRM |
| eflint@flintlaw.com | FLINT LAW FIRM LLC |
| eholland@allfela.com | HOLLAND LAW FIRM |
| ehphillips@ehphillipslaw.com | LAW OFFICE OF EUSI H. PHILLIPS |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| ehw@ericweinberg.com | THE WEINBERG LAW FIRM |
| einkowitz@lfsblaw.com | LEVIN SEDRAN & BERMAN |
| ejkelley@kelley-ferraro.com | KELLEY & FERRARO, LLP |
| ejohnson@simmonsfirm.com | SIMMONS HANLY CONROY LLC |
| enman@heardlawfirm.com | HEARD LAW FIRM, PLLC |
| ennislaw1959@hotmail.com | DENNIS LAW FIRM |
| enny@kenny-kenny.com | KENNY & KENNY, PLLC |
| epk@karstvonoiste.com | KARST & VON OISTE LLP |
| epribanic@pribanic.com | PRIBANIC & PRIBANIC, LLC |
| erelkin@weitzlux.com | WEITZ & LUXENBERG |
| eric@reyeslaw.com | HEYGOOD, ORR & PEARSON |
| ericp@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| esw@wexlerwallace.com | WEXLER WALLACE LLP |
| ezierski@johnsonlawgroup.com | JOHNSON LAW GROUP |
| fedcourtmail@thepentonlawfirm.com | THE PENTON LAW FIRM |
| filings@rockywalton.com | LAW OFFICE OF ROGER "ROCKY" WALTON, P.C. |
| fletch@trammellpc.com | FLETCHER V. TRAMMELL |
| floydmar@bellsouth.net | JOHN B. OSTROW, P.A. |
| fred@justiceseekers.com | VICKERY & SHEPHERD, LLP |
| fswarr@landryswarr.com | LANDRY & SWARR, L.L.C. |
| gam@classlawgroup.com | GIBBS LAW GROUP LLP |
| gary@garycjohnson.com | GARY C. JOHNSON P.S.C. |
| gdavis@dbjlaw.net | DAVIS, BETHUNE & JONES, L.L.C. |
| genevieve.zimmerman@zimmreed.com | MESHBESHER & SPENCE, LTD. |
| george@hossleyembry.com | HOSSLEY EMBRY LLP |
| glaker@cohenandmalad.com | COHEN & MALAD, LLP |
| gmcewen@mcewenlaw.com | MCEWEN LAW FIRM, LTD. |
| gmeunier@gainsben.com | GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC |
| gnewman@cas-law.com | CHAPPELL, SMITH & ARDEN, P.A. |
| goplerud@sagwlaw.com | SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C. |
| gpurcell@braytonlaw.com | BRAYTON PURCELL LLP |
| graham.carner@gmail.com | ROSS LAW OFFICES, P.C. |
| grantamey@grantamey.com | LAW OFFICE OF GRANT D. AMEY, LLC |
| greg@drlawllp.com | DALIMONTE RUEB, LLP |
| gregory_brown@fleming-law.com | FLEMING, NOLEN & JEZ, LLP |
| grubbs@monsourlawfirm.com | DANIEL & ASSOCIATES, LLC |
| gryan@yourlawyer.com | PARKER WAICHMAN, LLP |
| gskikos@skikoscrawford.com | SKIKOS, CRAWFORD, SKIKOS & JOSEPH |
| gspizer@anapolschartz.com | CRAIG SWAPP & ASSOCIATES |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| gwill@willdavidson.ca | WILL DAVIDSON LLP |
| gyearout@yearout.net | YEAROUT & TRAYLOR, P.C. |
| haindfield.matthew@bradshawlaw.com | BRADSHAW, FOWLER, PROCTOR & FAIRGRAVE |
| harle@huberslack.com | HUBER, SLACK, THOMAS & MARCELLE, LLP |
| hfoster@lchb.com | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| hgancedo@gancedolaw.com | GANCEDO LAW FIRM, INC |
| hgg@bbgbalaw.com | BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. |
| hmccall@waynewright.com | DEGARIS WRIGHT MCCALL |
| hpinder@wherejusticematters.com | THE WHITTEMORE LAW GROUP, PA |
| hris@thedriscollfirm.com | DRISCOLL FIRM, P.C. |
| hris@unglesbylaw.com | UNGLESBY LAW FIRM |
| hrosslaw@gmail.com | ROSS LAW OFFICES, P.C. |
| hugh@csa-law.com | CHAPPELL, SMITH & ARDEN, P.A. |
| hwerkema@baronbudd.com | BARON & BUDD, P.C. |
| hwickstrom@salvilaw.com | SALVI, SCHOSTOK & PRITCHARD P.C. |
| i.welk@fuchsberg.com | THE JACOB D. FUCHSBERG LAW FIRM |
| i.wolk@fuchsberg.com | THE JACOB D. FUCHSBERG LAW FIRM |
| iddellw4@gmail.com | ROSS LAW OFFICES, P.C. |
| imnass@ncblawfirm.com | NASS CANCELLIERE BRENNER |
| info@linvillelawgroup.com | JOHNSON LAW GROUP |
| izkalla@carlsonattorneys.com | THE CARLSON LAW FIRM |
| jab@decof.com | DECOF, BARRY, MEGA & QUINN, P.C. |
| jaj@m-j.com | PROVOST UMPHREY LAW FIRM |
| jalanwelchlaw@bellsouth.net | JOHN B. OSTROW, P.A. |
| jamie@johnstonpc.com | JAMIE A. JOHNSTON, P.C. |
| jason.foster@segal-law.com | THE SEGAL LAW FIRM |
| jason@jasonjoylaw.com | JASON J. JOY & ASSCIATES P.L.L.C. |
| jasper@jonesward.com | JONES WARD PLC |
| jbablove@dkblawyers.com | DICKSON KOHAN & BABLOVE LLP |
| jbarry@lockslaw.com | LOCKS LAW FIRM |
| jbj@sgpblaw.com | SIMON GREENSTONE PANATIER, P.C. |
| jblackwell@hornsbywatson.com | ONDERLAW, LLC |
| JBlock@levylaw.com | LEVY KONIGSBERG LLP |
| jblum@hannonlaw.com | HANNON LAW FIRM, LLC |
| jbm@bbgbalaw.com | BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. |
| jboxer@maternlawgroup.com | MATERN LAW GROUP, PC |
| jbradley@branchlawfirm.com | BRANCH LAW FIRM |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| jbw@bbgbalaw.com | BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. |
| jcampbell@azinjurylaw.com | SCHMIDT & SETHI, PC |
| jchapman@hop-law.com | HEYGOOD, ORR & PEARSON |
| jcohan@smbb.com | SALTZ MONGELUZZI & BENDESKY PC |
| jct@andrewsthornton.com | CPC |
| jdavis@slackdavis.com | SLACK & DAVIS LLP |
| jdean@dobslegal.com | DEAN OMAR BRANHAM, LLP |
| jdeaton@deatonlawfirm.com | DEATON LAW FIRM |
| jdell@d2triallaw.com | DELL & DEAN PLLC |
| jdepauw@robinskaplan.com | ROBINS KAPLAN, LLP |
| jdm@jomlawifrm.com | JACOBS OHARA MCMULLEN , P.C. |
| jdugan@dugan-lawfirm.com | THE DUGAN LAW FIRM |
| jebrownlaw@sbcglobal.net | JOEL E. BROWN & ASSOCIATES, P.C. |
| jeff@hossleyembry.com | HOSSLEY EMBRY LLP |
| jenn@jennliakoslaw.com | NAPOLI SHKOLNIK, PLLC |
| jennifer@moorelawgroup.com | MOORE LAW GROUP PLLC |
| jenochs@morrisbart.com | MORRIS BART & ASSOCIATES |
| jermy@kmtrial.com | KARSMAN, MCKENZIE & HART |
| jfelder@mcgowanhood.com | MCGOWAN, HOOD & FELDER, LLC |
| jfoley@simmonsfirm.com | SIMMONS HANLY CONROY LLC |
| jgibson@cohenandmalad.com | COHEN & MALAD, LLP |
| jgotz@hausfeld.com | HAUSFELD |
| jgreen@ashcraftlaw.com | ASHCRAFT & GEREL |
| jhaberman@schlesingerlaw.com | SCHLESINGER LAW OFFICES, P.A. |
| JHeisman@napliLaw.com | NAPOLI SHKOLNIK PLLC |
| jherrick@motleyrice.com | MOTLEY RICE, LLC |
| jhh@haffnerlawyers.com | HAFFNER LAW PC |
| jhurst@motleyrice.com | MOTLEY RICE, LLC |
| jitkin@arnolditkin.com | ARNOLD & ITKIN LLP |
| jjm@lopezmchugh.com | LOPEZ-MCHUGH, LLP |
| jkelly@njadvocates.com | EICHEN, CRUTCHLOW, ZASLOW & MCELROY, LLP |
| jkennedy@tatflaw.com | TAFT STETTINIUS & HOLLISTER LLP |
| jkramer@simmonsfirm.com | SIMMONS HANLY CONROY LLC |
| jlamkin@jeffreysglassman.com | LAW OFFICES OF JEFFREY S. GLASSMAN, LLC |
| jlangdoc@kazanlaw.com | KAZAN, MCCLAIN, SATTERLEY & GREENWOOD |
| JLB@ferrarolaw.com | FERRARO LAW FIRM |
| jlong@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| jlp@cardarolaw.com | CARDARO & PEEK, L.L.C. |
| jlyon@thelyonfirm.com | |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| jmann@baronbudd.com | BARON & BUDD, P.C. |
| jmassaro@d2triallaw.com | DELL & DEAN PLLC |
| jmencel@charleshjohnsonlaw.com | LAW OFFICES OF CHARLES H. JOHNSON, PA |
| jmiller@lawpga.com | SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C. |
| jmoore@gminjurylaw.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |
| jmplacitella@cprlaw.com | COHEN, PLACITELLA & ROTH, P.C. |
| jmurphy@kelley-ferraro.com | KELLEY & FERRARO, LLP |
| jmw@chehardy.com | CHEHARDY, SHERMAN, WILLIAMS, RECILE, STAKELUM & HAYES, LLP |
| jnolte@allennolte.com | ALLEN & NOLTE PLLC |
| joe.vazquez@cellinoandbarnes.com | CELLINO & BARNES, P.C. |
| joe.vazquez@TheBarnesFirm.com | BARNES FIRM |
| joel@dilorenzo-law.com | THE DILORENZO LAW FIRM, LLC |
| joepower@prslaw.com | POWERS ROGERS & SMITH LLP |
| john@drlawallp.com | DALIMONTE RUEB, LLP |
| john@drlawllp.com | DALIMONTE RUEB, LLP |
| john@thedriscollfirm.com | DRISCOLL FIRM, P.C. |
| johnwillis@foxfarleylaw.com | FOX AND FARLEY |
| jorendi@drlawllp.com | DALIMONTE RUEB, LLP |
| josborne@realtoughlawyers.com | OSBORNE & FRANCIS LAW FIRM PLLC |
| joseph@madalonlaw.com | THE MADALON LAW FIRM |
| jpadilla@padillalawgroup.com | PADILLA LAW GROUP |
| jparafinczuk@parawolf.com | PARAFINCZUK WOLF, P.A. |
| jrochon@rochongenova.com | ROCHON GENOVA LLP |
| jsatterley@kazanlaw.com | KAZAN, MCCLAIN, SATTERLEY & GREENWOOD |
| jshafer@millerlegalllp.com | |
| jshannon@johnsonbecker.com | JOHNSON BECKER, PLLC |
| jwagner@kibbeylaw.com | KIBBEY AND WAGNER |
| jward@mcgowanhood.com | MCGOWAN, HOOD & FELDER, LLC |
| jwblack@wardblacklaw.com | WARD BLACK LAW |
| kaf@lanierlawfirm.com | VENTURA LAW |
| karen_beyea-schroeder@fleming-law.com | FLEMING, NOLEN & JEZ, LLP |
| kate@whiteheadfirm.com | THE WHITEHEAD LAW FIRM, LLC |
| kbm@classlawgroup.com | GIBBS LAW GROUP LLP |
| kcalcagnie@robinsonfirm.com | ROBINSON, CALCAGNIE, ROBINSON, SHAPIRO, DAVIS, INC |
| kelsey_stokes@fleming-law.com | FLEMING, NOLEN & JEZ, LLP |
| kf@lgkflaw.com | GEORGE & FARINAS, LLP |
| kgoza@bflawfirm.com | GOZA & HONNOLD, LLC |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| kgriffin@girardikeese.com | GIRARDI & KEESE |
| kgrunfeld@golombhonik.com | GOLOMB & HONIK, P.C. |
| khannon@hannonlaw.com | HANNON LAW FIRM, LLC |
| kiesel@kiesel.law | KIESEL LAW, LLP |
| kim@wilsonlawpa.com | WILSON LAW PA |
| knelson@burnscharest.com | BURNS CHAREST LLP |
| knoll@mollawgroup.com | MOLL LAW GROUP |
| kreardon@reardonlaw.com | THE REARDON LAW FIRM, P.C. |
| kriley@barrettlawgroup.com | BARRETT LAW GROUP |
| kwestbrook@johnsonlawgroup.com | JOHNSON LAW GROUP |
| kyle@ludwiglawfirm.com | LUDWIG LAW FIRM, PLC |
| lance@unglesbylaw.com | UNGLESBY LAW FIRM |
| laurelli@portermalouf.com | PORTER & MALOUF, PA |
| Lauren.James@BeasleyAllen.com | BEASLEY ALLEN |
| lbaughman@martinbaughman.com | MARTIN BAUGHMAN, PLLC |
| lbordelon@dugan-lawfirm.com | THE DUGAN LAW FIRM |
| lbr@ferraroaw.com | THE FERRARO LAW FIRM, P.A. |
| lcheek@thecheeklawfirm.com | THE CHEEK LAW FIRM |
| lcohan@smbb.com | SALTZ MONGELUZZI & BENDESKY PC |
| leigh.odell@beasleyallen.com | BEASLEY ALLEN |
| lenze@lenzelawyers.com | LENZE KAMERRER MOSS, PLC |
| lhelvey@helveylaw.com | THE LAW FIRM OF LARRY HELVEY |
| liakos@napolilaw.com | NAPOLI SHKOLNIK, PLLC |
| llen@smith-law.org | THE SMITH LAW FIRM, PLLC |
| llundy@lundylaw.com | LUNDY, LUNDY, SOILEAU & SOUTH, LLP |
| lmaclean@waterskraus.com | WATERS KRAUS PAUL |
| locheltree@gpwlaw.com | GOLDBERG, PERSKY & WHITE, PC |
| loliver@motleyrice.com | MOTLEY RICE, LLC |
| lp@haffnerlawyers.com | HAFFNER LAW PC |
| lpittard@bbga.com | BLASINGAME, BURCH, GARRARD & ASHLEY, PC |
| lr@andrewsthornton.com | CPC |
| lsimon@bdaltonlaw.com | DALTON AND ASSOCIATES, PA |
| ltracey@traceylawfirm.com | FLETCHER V. TRAMMELL |
| lubylaw@lubylawfirm.com | EDWARD F. LUBY, LLC |
| luhana@chaffinluhana.com | CHAFFIN LUHANA LLP |
| macancelliere@ncblawfirm.com | NASS CANCELLIERE BRENNER |
| madicello@dicellolevitt.com | DICELLO LEVITT GUTZLER LLC |
| magnetti@napolilaw.com | NAPOLI SHKOLNIK, PLLC |
| mahrens@smbplaw.com | SCHROEDER MAUNDRELL BARBIERE & POWERS |
| malker@sutton-alker.com | SUTTON, ALKER & RATHER, LLC |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| marcstanley@mac.com | STANLEY LAW GROUP |
| mark.king@craigswapp.com | LEVIN SIMES ABRAMS LLP |
| mark@clorelaw.com | THE CLORE LAW GROUP LLC |
| mark@dugan-lawfirm.com | THE DUGAN LAW FIRM |
| mark@ghalaw.com | GOLDENBERGLAW, PLLC |
| marowe@ncblawfirm.com | NASS CANCELLIERE BRENNER |
| marty@sagwlaw.com | SHINDLER, ANDERSON, GOPLERUD & WEESE, P.C. |
| marybeth@putnicklegal.com | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC |
| mbaum@baumhedlundlaw.com | BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C. |
| mbranch@branchlawfirm.com | BRANCH LAW FIRM |
| mbratt@weitzlux.com | WEITZ & LUXENBERG |
| mccarley@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| mchappell@csa-law.com | CHAPPELL, SMITH & ARDEN, P.A. |
| mcooney@cooneyconway.com | COONEY AND CONWAY |
| mdaly@pogustmillrood.com | POGUST BRASLOW & MILLROOD, LLC |
| mdaniel@lawyerworks.com | DANIEL & ASSOCIATES, LLC |
| mdreesen@dreesenlaw.com | THE DREESEN LAW FIRM, LLC |
| mekel@dugan-lawfirm.com | THE DUGAN LAW FIRM |
| merickson@wcllp.com | WAGSTAFF & CARTMELL, LLP |
| mgoetz@forthepeople.com | Morgan & Morgan |
| mgreer@greerlawfirm.com | GREER, RUSSELL, DENT & LEATHERS, P.A. |
| mgrossman@thesandersfirm.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |
| mhafeli@hsc-law.com | HAFELI STARAN & CHRIST, P. C. |
| mhoffman@rossfellerca.comsey.com | ROSS FELLER CASEY, LLP |
| mhorn@ghvlaw.com | GITLIN, HORN AND VAN DE KIEFT, LLP |
| Michael.Akselrud@LanierLawFirm.com | VENTURA LAW |
| michael@davidlaw.com | MICHAEL DAVID LAW |
| michael@mblynchfirm.com | THE MICHAEL BRADY LYNCH FIRM |
| mjk@raipher.com | RAIPHER PC |
| mjohnson@johnsonbecker.com | JOHNSON BECKER, PLLC |
| mkjohnson@goldenberglaw.com | GOLDENBERGLAW, PLLC |
| mmaimon@levylaw.com | LEVY KONIGSBERG LLP |
| mmatern@maternlawgroup.com | MATERN LAW GROUP, PC |
| mmccormick@levinsimes.com | LEVIN SIMES LLP |
| mmeghjee@robinskaplan.com | ROBINS KAPLAN, LLP |
| mmel@beasleyallen.com | BEASLEY ALLEN |
| mmoreland@becnellaw.com | JIM S. HALL & ASSOCIATES, LLC |
| mmuhlstock@yourlawyer.com | PARKER WAICHMAN, LLP |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| mmurtha@weitzlux.com | WEITZ & LUXENBERG |
| moneil@taftlaw.com | TAFT STETTINIUS & HOLLISTER LLP |
| mparfitt@ashcraftlaw.com | ASHCRAFT & GEREL |
| msharits@odomfirm.com | ODOM LAW FIRM, PA |
| mwerner@yourlawyer.com | PARKER WAICHMAN, LLP |
| mwj@levenstenlawfirm.com | THE LEVENSTEN LAW FIRM, P.C. |
| nancy@erlegal.com | EISENBERG, ROTHWEILER, WINKLER EISENBERG & JECK, P.C. |
| napp@krattorneys.com | KNAPP & ROBERTS, P.C. |
| nbonadio@lawpga.com | SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C. |
| nclauricella@goldenberglaw.com | GOLDENBERGLAW, PLLC |
| ngibson@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| nicole.varisco@lawbbh.com | NICOLE M VARISCO, ESQ |
| nlee@nleelaw.com | LEE COSSELL & CROWLEY, LLP |
| nmaldonado@baumhedlundlaw.com | BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C. |
| nmismash@rdebry.com | ROBERT J. DEBRY & ASSOCIATES |
| nshernik@calljed.com | THE DIETRICH LAW FIRM |
| ohn@thedriscollfirm.com | DRISCOLL FIRM, P.C. |
| oliva@abraham-law.com | LENZE LAWYERS, PLC |
| omain@thecheeklawfirm.com | THE CHEEK LAW FIRM |
| onder@onderlaw.com | THE ONDER LAW FIRM |
| palderson@gelaw.com | GRANT & EISENHOFER P. A. |
| palmer@kiesel.law.com | KIESEL LAW, LLP |
| pat@cheeleylawgroup.com | CHEELEY LAW GROUP |
| patrick@portermalouf.com | PORTER & MALOUF, PA |
| paul@paulmcinnes.com | PAUL LLP |
| pgore@prattattorneys.com | PRATT & ASSOCIATES |
| pgrossman@gminjurylaw.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |
| phg@bbgbalaw.com | BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. |
| phillip@talf.law | THE ALVAREZ LAW FIRM |
| pjf@meyers-flowers.com | MEYERS & FLOWERS, LLC |
| pjo@jomlawfirm.com | JACOBS OHARA MCMULLEN , P.C. |
| pluff@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| pluff2fnlawfirm.com | FEARS NACHAWATI LAW FIRM |
| plyons@ashcraftlaw.com | ASHCRAFT & GEREL |
| pmiller@patrickmillerlaw.com | PATRICK MILLER, LLC |
| pnapoli@napolibern.com | NAPOLI BERN RIPKA SHKOLNIK & ASSOCIATES, LLP |
| pscott@brbcsw.com | BROWN, READDICK, BUMGARTNER, CARTER, STRICKLAND & WATKINS LLP |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| pwilliams@doctoratlaw.com | MILLER DELLAFERA PLC |
| quillin@onderlaw.com | THE ONDER LAW FIRM |
| quinn@bmalawfirm.com | BEKMAN, MARDER, & ADKINS, LLC |
| rabrams@levinsimes.com | LEVIN SIMES LLP |
| rac@cliffordlaw.com | CLIFFORD LAW OFFICES, P.C. |
| raddock@icloud.com | FRANKLIN, MOSELE & WALKER, PC |
| rados@ondelaw.com | ONDERLAW, LLC |
| rados@ondelaw.comlaw.com | ONDERLAW, LLC |
| rados@ondelaw.comrlaw.com | ONDERLAW, LLC |
| rados@onderlaw.com | THE ONDER LAW FIRM |
| rahdoot@ahdootwolfson.com | BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C. |
| ramirez@kiesel.law | KIESEL LAW, LLP |
| rand_nolen@fleming-law.com | FLEMING, NOLEN & JEZ, LLP |
| rarsenault@nbalawfirm.com | NEBLETT, BEARD & ARSENAULT |
| ray@boucher.law | BOUCHER LLP |
| rbell@realtoughlawyers.com | OSBORNE & FRANCIS LAW FIRM PLLC |
| rbuck@buckfirm.com | BUCK LAW FIRM |
| rbuddrus@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| rcb@blocklawfirm.com | BLOCK LAW FIRM, APLC |
| rchristensen@arnolditkin.com | ARNOLD & ITKIN LLP |
| rdassow@hovdelaw.com | HOVDE, DASSOW, & DEETS, LLC |
| rdp@raipher.com | RAIPHER PC |
| rfiebiger@johnsonbecker.com | JOHNSON BECKER, PLLC |
| rgolomb@golombhonik.com | GOLOMB & HONIK, P.C. |
| rhonik@golombhonik.com | GOLOMB & HONIK, P.C. |
| rhood@mcgowanhood.com | MCGOWAN, HOOD & FELDER, LLC |
| rich@bergstresser.com | BERGSTRESSER & POLLOCK PC |
| rick@ely-law.com | ELY LAW, LLC |
| riedman@friedmanrubin.com | FRIEDMAN RUBIN, PLLP |
| rjennings@gattilaw.com | The Gatti Law Firm |
| rkassan@milberg.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |
| rkeith@harpergrey.com | HARPER GREY LLP |
| rlewis@johnsonlawgroup.com | JOHNSON LAW GROUP |
| rmosier@thesandersfirm.com | MILBERG COLEMAN BRYSON PHILLIPS, GROSSMAN, LLC |
| roy@barnreslawgroup.com | BARNES LAW GROUP, LLC |
| rpinto@feldmanpinto.com | FELDMAN & PINTO |
| rrb@rrblawfirm.net | LAW OFFICE OF RICHARD R. BARRETT, PLLC |
| rroot@morrisbart.com | MORRIS BART & ASSOCIATES |
| rrparry@strausstroy.com | STRAUSS TROY CO., LPA |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| rschulte@legaldayton.com | WRIGHT & SCHULTE, LLC |
| ruben@honiklaw.com | HONIK LLC |
| rvan@barrittsmith.com | MILBERG COLEMAN BRYSON PHILLIPS |
| rvinocur@rsv-law.com | LAW OFFICE OF REBECCA S. VINOCUR |
| rwalker@levylaw.com | LEVY KONIGSBERG LLP |
| rwedinger@bmctwlaw.com | BARRY, MCTIERNAN & WEDINGER |
| rwinburn@odomfirm.com | ODOM LAW FIRM, PA |
| rwright@martinbaughm | MARTIN BAUGHMAN, PLLC |
| sacton@kelley-ferraro.com | KELLEY & FERRARO, LLP |
| sal@classlawgroup.com | GIBBS LAW GROUP LLP |
| salvi2@salvilaw.com | SALVI, SCHOSTOK & PRITCHARD P.C. |
| sara@gorijulianlaw.com | THE GORI LAW FIRM |
| sarah.wolter@andruswagstaff.com | ANDRUS WAGSTAFF, P.C. |
| sbage@waterskraus.com | WATERS KRAUS PAUL |
| sberger@rossfellercasey.com | ROSS FELLER CASEY, LLP |
| sbruera@blizzardlaw.com | BLIZZARD & NABERS, LLP |
| schalk@maurosavolaw.com | MAURO, SAVO, CAMERINO, GRANT & SCHALK, P.A. |
| schester@waterskraus.com | WATERS KRAUS PAUL |
| schulte@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| scott.segal@segal-law.com | THE SEGAL LAW FIRM |
| scott@bohrerbrady.com | BOHRER LAW FIRM, LLC |
| scott@frostlawfirm.com | FROST LAW FIRM, PC |
| scraig@levinsimes.com | LEVIN SIMES LLP |
| sdavis@torhoermanlaw.com | TORHOERMAN LAW LLC |
| sdeskins@oldfather.com | OLDFATHER LAW FIRM |
| sdl@levenstenlawfirm.com | THE LEVENSTEN LAW FIRM, P.C. |
| sean@clearypa.com | THE LAW OFFICES OF SEAN M. CLEARY, P.A. |
| servicemort@rahdertlaw.com | RAHDERT & MORTIMER, PLLC |
| sfaries@muellerlaw.com | MUELLER LAW PLLC |
| shauer@johnsonbecker.com | JOHNSON BECKER, PLLC |
| shorton@coxinet.net | HORTON LAW FIRM |
| silverman@schlesingerlaw.com | SCHLESINGER LAW OFFICES, P.A. |
| skatz@burgsimpson.com | BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C. |
| skitner@stanleylawgroup.com | STANLEY LAW GROUP |
| slyons@waltontelken.com | WALTON TELKEN FOSTER, LLC |
| smm@cliffordlaw.com | CLIFFORD LAW OFFICES, P.C. |
| sresnick@golombhonik.com | GOLOMB & HONIK, P.C. |
| srotman@hausfeld.com | HAUSFELD |
| ssacks@napolilaw.com | NAPOLI SHKOLNIK, PLLC |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| sschramm@bbga.com | BLASINGAME, BURCH, GARRARD & ASHLEY, PC |
| sskikos@skikoscrawford.com | SKIKOS, CRAWFORD, SKIKOS & JOSEPH |
| sstarns@barrettlawgroup.com | BARRETT LAW GROUP |
| ssullivan@keefe-lawfirm.com | KEEFE LAW FIRM |
| stelken@waltontelken.com | WALTON TELKEN FOSTER, LLC |
| steve@gornylawfirm.com | THE GORNY LAW FIRM, LC |
| strow@bellsouth.net | JOHN B. OSTROW, P.A. |
| svisram@vg.law | VISRAM-GIRALDO LAW GROUP, LLP |
| sweeneylawfirm@optonline.net | LAW OFFICE OF TERENCE J. SWEENEY |
| sweltman@boodlaw.com | BOODELL & DOMANSKIS, LLC |
| talc@fnlawfirm.com | FEARS NACHAWATI, PLLC |
| tayla@gelaw.com | GRANT & EISENHOFER P. A. |
| tb@georgeandfarinas.com | GEORGE & FARINAS, LP |
| tbevan@bevanlaw.com | BEVAN & ASSOCIATES LPA, INC. |
| tcartmell@wcllp.com | WAGSTAFF & CARTMELL, LLP |
| tcc@cardarolaw.com | CARDARO & PEEK, L.L.C. |
| tdunken@dunkenlaw.com | The Dunken Law Firm |
| terry@richardsonthomas.com | RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS |
| thompson@cohenandmalad.com | COHEN & MALAD, LLP |
| thornburgh@awkolaw.com | AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC |
| tim.brown@ggreen.com | MURRAY LAW FIRM |
| tim@portermalouf.com | PORTER & MALOUF, PA |
| tim@rdwyer.com | DWYER WILLIAMS POTTER |
| tim@whk-law.com | WALKER, HAMILTON & KOENIG, LLP |
| tkielty@lawpga.com | SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO P.C. |
| tlech@ghalaw.com | GOLDENBERGLAW, PLLC |
| tlocke@seyfarth.com | SEYFARTH SHAW LLP |
| tm@martinianlaw.com | MARTINIAN & ASSOCIATES, INC. |
| tmiracle@simmonsfirm.com | SIMMONS HANLY CONROY LLC |
| todd@gorijulianlaw.com | THE GORI LAW FIRM |
| tom@hugheslawfirm.com | HUGHES LAW FIRM, PLLC |
| trf@kulaw.com | KELLEY/UUSTAL, PLC |
| tripp@diazlawfirm.com | THE DIAZ LAW FIRM, PLLC |
| truzicka@dbjlaw.net | DAVIS, BETHUNE & JONES, L.L.C. |
| tshah@millerfirmllc.com | THE MILLER FIRM, LLC |
| tsl@raipher.com | RAIPHER PC |
| ttreck@habush.com | HABUSH HABUSH & ROTTIER SC |
| tvalet@rapplaw.com | RAPPAPORT, GLASS, LEVINE & ZULLO |
| ullenix@friedmanrubin.com | FRIEDMAN RUBIN, PLLP |

**LTL MANAGEMENT LLC**
**Plaintiff Attorney Email List**

| | |
|---|---|
| ullo@sullowlaw.com | SULLO & SULLO, LLP |
| vgross@wcllp.com | WAGSTAFF & CARTMELL, LLP |
| vpribanic@pribanic.com | PRIBANIC & PRIBANIC, LLC |
| wbarfield@potts-law.com | POTTS LAW FIRM |
| wberkover@vogelzang.com | VOGELZANG LAW |
| wburns@burnscharest.com | BURNS CHAREST LLP |
| wes@jvwlaw.net | JAMES, VERNON & WEEKS, PA |
| wes@southerland-law.com | SOUTHERLAND LAW FIRM, PLLC |
| wfleishman@lchb.com | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| wgralapp@nbalawfirm.com | NEBLETT, BEARD & ARSENAULT |
| will@richardsonthomas.com | RICHARDSON, THOMAS, HALTIWANGER, MOORE & LEWIS |
| William.Dailey@thedaileyfirm.com | THE DAILEY LAW FIRM |
| wriley@rileycate.com | RILEYCATE, LLC |
| wseberman@napolilaw.com | NAPOLI SHKOLNIK, PLLC |
| yamselem@helmsdalelaw.com | HELMSDALE LAW, LLP |
| zukin@kiesel.law | KIESEL LAW, LLP |