

FILED & JUDGMENT ENTERED
Steven T. Salata

October  22  2021

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC,[1] | : | Case No. 21-30589 (JCW) |
| | : | |
| Debtor. | : | |
| | : | |
| LTL MANAGEMENT LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 21-03032 (JCW) |
| | : | |
| THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000, | : | |
| | : | |
| Defendants. | : | |

### EX PARTE ORDER GRANTING THE
### DEBTOR AUTHORITY TO EXCEED MAXIMUM PAGE LIMIT

This matter coming before the Court on the *Debtor's Ex Parte Motion Requesting Authority to Exceed Maximum Page Limit* (the "Motion"),[2] filed by the debtor in the

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

above-captioned chapter 11 case and plaintiff in the above-captioned adversary proceeding (the "Debtor"); the Court having reviewed the Motion, the Injunction Motion, the First Day Declaration and the Supplemental Kim Declaration; the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) venue is proper in this district pursuant to 28 U.S.C. § 1409, (c) this is a core proceeding under 28 U.S.C. § 157(b); (d) notice of the Motion was sufficient under the circumstances and (e) ex parte relief is appropriate under Local Bankruptcy Rule 9013-1(f); and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the ex parte relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. To the extent that Local Bankruptcy Rule 9013-2(a) applies, the Debtor is authorized to exceed the 25-page limit with respect to the Injunction Motion as set forth in the Motion.

3. Pursuant to Local Bankruptcy Rule 9013-1(f), any party shall be entitled to request a hearing or request that the Court reconsider entry of this Order by filing a motion for reconsideration within 14 days of service of this Order.

4. The Debtor is authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, enforcement or interpretation of this Order.

This Order has been signed electronically.　　　　　　　　　　　United States Bankruptcy Court
The Judge's signature and Court's seal appear
at the top of the Order.