**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC,[1] | : | Case No. 21-30589 (JCW) |
| | : | |
| Debtor. | : | |
| | : | |
| LTL MANAGEMENT LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 21-03032 (JCW) |
| | : | |
| THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000, | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE THAT** on October 21, 2021, LTL Management LLC, the debtor in the above-captioned case and the plaintiff in the above-captioned adversary proceeding (the "Debtor"), commenced this adversary proceeding by filing the following pleadings (the "Adversary Proceeding Pleadings"):[2]

    (a)    *Debtor's Complaint for Declaratory and Injunctive Relief (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors Or, (II) Preliminarily Enjoining Such Actions*

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] All pleadings and other documents filed in the Chapter 11 Case and the Adversary Proceeding may be accessed (a) at the Clerk of Court's office, (b) through the website maintained by the Debtor's claims and noticing agent at https://dm.epiq11.com/LTL free of charge or (c) through PACER on the Court's website at https://www.ncwb.uscourts.gov for a nominal fee.

{00356843 v 1 }

       *and (III) Granting a Temporary Restraining Order Pending a Final Hearing* [Adv. Pro. Dkt. 1]; and

  (b) *Debtor's Motion for an Order (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors Or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing* [Adv. Pro. Dkt. 2] (the "<u>Injunction Motion</u>").

**PLEASE TAKE FURTHER NOTICE THAT** the Court held an emergency hearing to consider the Adversary Pleadings on October 22, 2021, and issued its *Order Regarding Debtor's Motions for an Order (I) Declaring the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminary Enjoining Such Actions, and (III) Granting a Temporary Restraining Order Pending a Final Hearing* [Adv. Pro. Dkt. 28] in which the Court directed a further hearing on the Adversary Pleadings be held on November 4-5, 2021, commencing at 9:30 a.m. Eastern Prevailing Time.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing will be held on the Adversary Pleadings before the Honorable Judge J. Craig Whitley on **<u>November 4-5, 2021 at 9:30 a.m.</u>** (prevailing Eastern Time) at the United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, 401 West Trade Street, Charlotte, North Carolina 28202, in JCW Courtroom 2B. The deadline to file a response or objection to the Adversary Pleadings is **<u>Monday, November 1, 2021 at 1 p.m. prevailing Eastern Time</u>**.

| | |
|---|---|
| Dated: October 29, 2021<br>Charlotte, North Carolina | Respectfully submitted,<br><br>*/s/ John R. Miller, Jr.*<br>C. Richard Rayburn, Jr. (NC 6357)<br>John R. Miller, Jr. (NC 28689)<br>Matthew L. Tomsic (NC 52431)<br>RAYBURN COOPER & DURHAM, P.A.<br>227 West Trade Street, Suite 1200<br>Charlotte, North Carolina  28202<br>Telephone:  (704) 334-0891<br>Facsimile:   (704) 377-1897<br>E-mail:   rrayburn@rcdlaw.net<br>            jmiller@rcdlaw.net<br>            mtomsic@rcdlaw.net<br><br>Gregory M. Gordon (TX Bar No. 08435300)<br>Dan B. Prieto (TX Bar No. 24048744)<br>Amanda Rush (TX Bar No. 24079422)<br>JONES DAY<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>E-mail: gmgordon@jonesday.com<br>           dbprieto@jonesday.com<br>           asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>Brad B. Erens (IL Bar No. 06206864)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>E-mail: bberens@jonesday.com<br>(Admitted *pro hac vice*)<br><br>PROPOSED ATTORNEYS FOR DEBTOR |