UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | Chapter 11 |
| **LTL MANAGEMENT LLC,**[1] | ) | |
| | ) | Case No. 21-30589 (JCW) |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **LTL MANAGEMENT LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 21-03032 (JCW) |
| | ) | |
| **THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1–1000,** | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT DESIGNATION OF EXHIBITS AND WITNESSES
OF CERTAIN MESOTHELIOMA CLAIMANTS AND
THE MDL PLAINTIFFS' STEERING COMMITTEE**

NOW COME the law firms of Maune Raichle Hartley French & Mudd, LLC; Levy Konigsberg LLP; Kazan, McClain, Satterley & Greenwood; and Weitz & Luxenberg P.C. (on behalf of "Certain Mesothelioma Claimants");[2] together with the Plaintiffs' Steering Committee (the "PSC") in the In re Johnson & Johnson Talcum Powder Products Marketing, Sales Practices

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] The law firms submitted the *Memorandum of Law of Certain Mesothelioma Claimants As Creditors in Opposition to Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing* (the "Meso Claimants' Memorandum") [ECF No. 44] for practical and procedural purposes only, and these submissions do not constitute any acceptance of service or waiver of rights regarding notice and service.

1

and Products Liability Multi-District Litigation (MDL No. 2738) before the United States District Court for the District of New Jersey, MDL no. 16-2738 (FLW) (LHG) (the "MDL"), by and through the undersigned counsel, and hereby submit this *Joint Designation of Exhibits and Witnesses of Certain Mesothelioma Claimants and the MDL Plaintiffs' Steering Committee* (the "Joint Designation") for the hearing on November 4 and 5, 2021, (the "Hearing") on the *Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing* (the "Injunction Motion") [ECF No. 2] filed by the above-captioned debtor (the "Debtor") and the responses and memoranda in opposition thereto [ECF Nos. 44, 45, 49, 50, and 52], including the Meso Claimants' Memorandum and *The MDL Plaintiffs' Steering Committee's Memorandum of Law in Opposition to Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing* (the "MDL PSC Memorandum") [ECF No. 49]. Certain Mesothelioma Claimants and the MDL PSC (together, the "Objecting Parties-in-interest") so designate the following exhibits and witnesses for production at the Hearing, which shall be provided electronically to the Court and opposing counsel:

**List of Exhibits**

| Number | Exhibit Description |
|---|---|
| Exhibit 1 | Barden et al. v. Brenntag et al. Transcript 7/22/2019 |
| Exhibit 2 | Herford v. AT&T Corp. et al. Transcript 10/30/2017 |
| Exhibit 3 | John Hopkins Deposition Transcript 4/11/2018 |
| Exhibit 4 | John Hopkins Deposition Transcript 1/28/2019 |
| Exhibit 5 | In re LTL Management – TRO Hearing Transcript 10/22/2021 |

| Exhibit 6 | Olson v. J&J et al. Transcript 5/3/2019 |
|---|---|
| Exhibit 7 | Marc Monsaeu 2/24/2004 Email and Lab Test Sheet |
| Exhibit 8 | 3/16/1998 Letter to John C. O'Shaughnessy |
| Exhibit 9 | J&J JBP Advertisement (1980) |
| Exhibit 10 | John McKeegan 6/4/2000 Email and AP Story |
| Exhibit 11 | John McKeegan Deposition Transcript 6/14/2021 |
| Exhibit 12 | J&J "What We Know" Advertisement Review Email 12/17/2018 |
| Exhibit 13 | J&J Letter to U.S. House Subcommittee 3/11/2019 |
| Exhibit 14 | J&J CEO Alex Gorsky Twitter Video December 2018[3] |
| Exhibit 15 | CNN "Mad Money" Screenshot Featuring J&J CEO Alex Gorsky |
| Exhibit 16 | Olson v.J&J et al. Transcript 5/21/2019 |
| Exhibit 17 | Leavitt Jury Verdict Sheets 3/13/2019 |
| Exhibit 18 | Prudencio Jury Verdict Sheets 8/19/2021 |
| Exhibit 19 | Barden et al. Jury Verdict Sheets 9/11/2019 |
| Exhibit 20 | Olson v. J&J et al. Transcript 5/31/2019 |
| Exhibit 21 | Olson v. J&J et al. Punitive Damages Bonds |
| Exhibit 22 | J&J Shower to Shower Formulation Letter 10/4/1976 |
| Exhibit 23 | Shower to Shower Respirable Particles Study Letter 6/3/1976 |
| Exhibit 24 | J&J Kolmar Talc Delivery Letter 1/27/1970 |
| Exhibit 25 | Kolmar Labs J&J Formulation Spec Sheet 2/15/1967 |
| Exhibit 26 | McNeill-George v. Brenntag, et al. J&J Interrogatory Responses Filed 5/13/2019 |
| Exhibit 27 | Etheridge v. Brenntag et al. J&J 8/27/2019 Memorandum re: JJCI |
| Exhibit 28 | Barden et al. v. Brenntag et al. Transcript 8/19/2019 |
| Exhibit 29 | Barden et al. v. Brenntag et al. Transcript 9/3/2019 |
| Exhibit 30 | French Affidavit – Dickens 6/20/2018 |
| Exhibit 31 | French Affidavit – Smith 9/10/2018 |
| Exhibit 32 | French Affidavit – English 4/17/2019 |

---

[3] The video file for Exhibit 14 will be provided to the Court and opposing counsel and may be presented at the Hearing.

| Exhibit 33 | French Affidavit – Holleman 4/17/2019 |
|---|---|
| Exhibit 35 | LTL Management Interrogatory Responses |
| Exhibit 36 | J&J 1979 Form 10-K |
| Exhibit 37 | J&J 1978 Form 10-K (LTL 19191–234) |
| Exhibit 40 | JJBPC Shareholder Meeting and APA re: Omni Transfer 7/21/1981 |
| Exhibit 41 | JJBPC and J&J Dental APA 1/3/1988 |
| Exhibit 42 | J&J 1978 Annual Report |
| Exhibit 43 | Personal Products Co. Memo re: Shower to Shower 9/21/1978 |
| Exhibit 44 | J&J 1979 Annual Report |
| Exhibit 45 | J&J 1980 Annual Report |
| Exhibit 46 | J&J 1981 Form 10-K |
| Exhibit 47 | Personal Products Co. Shower to Shower Spec Sheet 1/3/1978 |
| Exhibit 48 | Personal Products Co. Shower to Shower clinical Test 7/29/1981 |
| Exhibit 49 | J&J Executive Committee Actions 7/18/1986–9/11/1986 (LTL 19687) |
| Exhibit 50 | J&J & Cyprus Mines Agreement 1/6/1989 |
| Exhibit 51 | Kevin Neat Deposition Transcript 8/6/2021 |
| Exhibit 52 | Herford v. AT&T Corp. et al. J&J Interrogatory Responses Filed 5/10/2017 |
| Exhibit 53 | Kerkhof et al. v. Brenntag et al. J&J Interrogatory Responses |
| Exhibit 54 | Von Salzen v. Am. Inter. Indus. et al. J&J Interrogatory Responses Filed 4/2/2018 |
| Exhibit 55 | Lopez v. Brenntag et al. J&J Interrogatory Responses Filed 9/20/2018 |
| Exhibit 56 | North River & Lloyd's Insurance Letter re: Talc Claims 5/31/2018 (LTL 12180–210) |
| Exhibit 64 | Westport Insurance Letter 8/6/2020 (LTL 12483–87) |
| Exhibit 65 | Travelers Insurance Letter 4/22/2021 (LTL 12477–82) |
| Exhibit 66 | Travelers Insurance Letter 9/19/2020 (LTL 12475–76) |
| Exhibit 67 | Travelers Insurance Letter 10/8/2020 (LTL 12471–74) |
| Exhibit 68 | Travelers Insurance Letter 10/2/2020 (LTL 12469–70) |
| Exhibit 69 | Travelers Insurance Letter 9/21/2020 (LTL 12462–68) |

| | |
|---|---|
| Exhibit 70 | Travelers Insurance Letter 9/3/2020 (LTL 12453–55) |
| Exhibit 71 | Travelers Insurance Letter 8/27/2020 (LTL 12450–52) |
| Exhibit 72 | Travelers Insurance Letter 8/24/2020 (LTL 12447–49) |
| Exhibit 73 | Travelers Insurance Letter 8/12/2020 (LTL 12444–46) |
| Exhibit 74 | Travelers Insurance Letter 8/4/2020 (LTL 12439–43) |
| Exhibit 75 | Travelers Insurance Letter 7/29/2020 (LTL 12432–38) |
| Exhibit 76 | Travelers Insurance Letter 9/4/2019 (LTL 12424–27) |
| Exhibit 77 | Travelers Insurance Letter 5/10/2019 (LTL 12420–43) |
| Exhibit 78 | Travelers Insurance Letter 4/8/2019 (LTL 12416–19) |
| Exhibit 79 | Travelers Insurance Letter 3/22/2019 (LTL 12411–15) |
| Exhibit 80 | Travelers Insurance Letter 3/1/2019 (LTL 12409–10) |
| Exhibit 81 | Travelers Insurance Letter 1/7/2019 (LTL 12404–08) |
| Exhibit 82 | Travelers Insurance Letter 4/2/2018 (LTL 12326) |
| Exhibit 83 | Safety National Insurance Letter 8/10/2020 (LTL 12313–15) |
| Exhibit 84 | Multiple Insurance Policies Letter 10/18/2021 (LTL 12310–12) |
| Exhibit 85 | Multiple Insurance Policies Letter 9/21/2021 (LTL 12307–09) |
| Exhibit 86 | Multiple Insurance Policies Letter 8/3/2021 (LTL 12304–06) |
| Exhibit 87 | Multiple Insurance Policies Letter 6/22/2021 (LTL 12301–03) |
| Exhibit 88 | Multiple Insurance Policies Letter 5/25/2021 (LTL 12298–300) |
| Exhibit 89 | Multiple Insurance Policies Letter 4/20/2021 (LTL 12293–95) |
| Exhibit 90 | Multiple Insurance Policies Letter 3/22/2021 (LTL 12290–92) |
| Exhibit 91 | Multiple Insurance Policies Letter 2/22/2021 (LTL 12285–87) |
| Exhibit 92 | Multiple Insurance Policies Letter 10/19/2020 (LTL 12270–72) |
| Exhibit 93 | Multiple Insurance Policies Letter 9/22/2020 (LTL 12267–69) |
| Exhibit 94 | Multiple Insurance Policies Letter 8/19/2020 (LTL 12264–66) |
| Exhibit 95 | Multiple Insurance Policies Letter 7/15/2020 (LTL 12261–63) |
| Exhibit 96 | Multiple Insurance Policies Letter 6/22/2020 (LTL 12258–60) |
| Exhibit 97 | Multiple Insurance Policies Letter 4/1/2020 (LTL 12240–42) |
| Exhibit 98 | Multiple Insurance Policies Letter 8/28/2019 (LTL 12225–27) |

| Exhibit 99 | Multiple Insurance Policies Letter 8/28/2019 (LTL 12222–24) |
|---|---|
| Exhibit 100 | Multiple Insurance Policies Letter 6/20/2019 (LTL 12219–21) |
| Exhibit 101 | Multiple Insurance Policies Letter 3/20/2019 (LTL 12214–16) |
| Exhibit 102 | Multiple Insurance Policies Letter 1/10/2019 (LTL 12211–13) |
| Exhibit 125 | Fox Verdict Sheet |
| Exhibit 126 | Ristesund Verdict Sheet |
| Exhibit 127 | Slemp Verdict Sheet |
| Exhibit 128 | Ingham, et al. v. Johnson & Johnson, Decision by Missouri Court of Appeals, June 23, 2020 |
| Exhibit 129 | J&J's Motion for Entry of Order Modifying Automatic Stay filed in In re Imerys Talc America, Inc., Case No. 19-10289 (LSS), Doc. 1567 (Bankr. Del. March 20, 2020) |
| Exhibit 130 | Stipulation regarding value of J&J and JJCI filed in Kleiner v. Johnson & Johnson and Johnson & Johnson Consumer Inc. in the Court of Common Pleas, Philadelphia County on August 11, 2021 |
| Exhibit 131 | J&J Form 10-Q, dated July 4, 2021, pgs. 1 and 31 |
| Exhibit 132 | J&J Form 8-K, dated October 19, 2021 |
| Exhibit 133 | Email dated October 26, 2021 from Susan Sharko to Judge Schneider regarding stay of MDL |
| Exhibit 134 | J&J's Reply Brief to PSC's Memorandum of Law regarding Stay of MDL, Doc. 26052, filed on October 26, 2021 |
| Exhibit 135 | Email dated October 27, 2021 from Wayne Fang forwarding correspondence from Chief Judge Wolfson |
| Exhibit 136 | J&J's Omnibus Reply in Support of J&J's Motion for Entry of Order Modifying Automatic Stay filed in *In re Imerys Talc America, Inc.*, Case No. 19-10289 (LSS), Doc. 1769 (Bankr. Del. May 28, 2020) |
| Exhibit 137 | Email dated December 5, 2020 from Lorena Telofski, FW: Talc – Not For Further Distribution (JNJ 000563635) |
| Exhibit 138 | Debtor's Answers and Objections to Plaintiffs' Steering Committee First Set of Interrogatories, Executed October 28, 2021 |
| Exhibit 139 | Plaintiffs' Second Amended Master Long Form Complaint and Jury Demand, MDL No. 16-2738 (FLW) (LHG), Doc. 16132-2, Filed December 22, 2020 |

| | |
|---|---|
| Exhibit 140 | Indemnification and Defense Agreement (Publix), Dated December 22, 2016 (LTL 0019834) |
| Exhibit 141 | Letter Dated April 10, 2017, re: Walgreen Co. defense and indemnity, sent to Richard Gering from Deborah Moeller (LTL 0020917) |
| Exhibit 142 | Letter Dated April 10, 2017, re: Walgreen Co. defense and indemnity, sent to Richard Gering from Deborah Moeller (LTL 0020766) |
| Exhibit 143 | JJCI and J&J October 2021 Supplemental Responses to Plaintiffs' First Set of Interrogatories, MDL No. 16-2738 (FLW) (LHG) |
| Exhibit 144 | J&J 1977 Annual Report (JNJTALC 000648170) |
| Exhibit 145 | J&J 1981 Annual Report (JNJTALC 000648397) |
| Exhibit 146 | J&J 1982 Annual Report (JNJTALC 000648456) |
| Exhibit 147 | J&J 1983 Annual Report (JNJTALC 000648518) |
| Exhibit 148 | J&J 1984 Annual Report (JNJTALC 000648582) |
| Exhibit 149 | J&J 1985 Annual Report (JNJTALC 000648650) |
| Exhibit 150 | J&J 1986 Annual Report (JNJTALC 000648718) |
| Exhibit 151 | Photos: Johnson's Baby Powder (tin container) |
| Exhibit 152 | Photo: 1985 Bottle, Trial Bottles |
| Exhibit 153 | Photo: Johnson & Johnson Foot and Body Powder (back of bottle) |
| Exhibit 154 | Photos: Shower to Shower |
| Exhibit 155 | Moure-Cabrera Transcript of Jury Instructions |
| Exhibit 156 | Moure-Cabrera Verdict Sheet |
| Exhibit 157 | PSC's Second Amended Notice of 30(b)(6) Deposition of Johnson and Johnson (Tina French Deposition Exhibit 1) |
| Exhibit 158 | Tina French, Deposition Transcript Designation, August 15, 2018[4] |
| Exhibit 159 | John Hopkins, Barden v. Brenntag et al, Trial Transcript Designation, July 22, 2019 |
| Exhibit 160 | Joanne Waldstreicher, M.D., Deposition Transcript Designation, September 14, 2018[5] |

---

[4] The video filed for the Exhibit 158 be provided to the Court and opposing counsel and may be presented at the Hearing.

[5] The video filed for the Exhibit 160 be provided to the Court and opposing counsel and may be presented at the Hearing.

7

| | |
|---|---|
| Exhibit 161 | Plaintiffs' First Amended Master Long Form Complaint and Jury Demand, MDL No. 16-2738 (FLW) (LHG), Doc. 132, Filed March 16, 2017 |
| Exhibit 162 | J&J Medical Safety Council - JJMSC Charter - 8/9/2013, LTL 0021817 |
| Exhibit 163 | J&J Medical Safety Council - JJMSC Charter - 6/13/2014, LTL 0021827 |
| Exhibit 164 | J&J Medical Safety Council - JJMSC Charter - 9/15/2015, LTL 0021838 |
| Exhibit 165 | Consumer Medical Safety Council (MSC) Operational Charter - 6/26/2017, LTL 0021848 |
| Exhibit 166 | Consumer Medical Safety Council (MSC) Operational Charter - 6/28/2018, LTL 0021859 |
| Exhibit 167 | Consumer Medical Safety Council (MSC) Operational Charter - 3/6/2019, LTL 0021870 |
| Exhibit 168 | What you need to know about the new JJ Medical Safety Standard, JNJTALC000413044 |
| Exhibit 169 | J&J Medical Safety & Innovation: Commitment to a Patient & Consumer - Centered Approach, JNJ000463760 |
| Exhibit 170 | Project Fortis 2016 September, JNJ000547079 |
| Exhibit 171 | Office of Consumer Medical Safety (OCMS), JNJTALC001383292 |
| Exhibit 172 | Declaration of Melanie L. Cyganowski, October 29, 2021 |
| Exhibit 173 | 2018 Draft Screening Assessment on Talc - Health Canada, JNJTALC001094046 |
| Exhibit 174 | 2021 Final Screening Assessment on Talc - Health Canada, JNJTALC001494350 |
| Deposition Exhibit 1 | LTL Management - Witness Disclosure Letter 10/27/2021 |
| Deposition Exhibit 2 | LTL Management - Schirger-Ward Deposition Transcript 10/31/2021 |
| Deposition Exhibit 3 | LTL Management - Lisman Deposition Transcript 10/30/2021 |

The Objecting Parties-in-interest reserve the right to us or introduce additional evidence for rebuttal or impeachment purposes.

## List of Witnesses

The Objecting Parties-in-interest do not intend to produce any witnesses but reserve the right to cross-examine any witnesses produced by the Debtor.

Respectfully submitted this, the 3rd day of November, 2021.

**WALDREP WALL BABCOCK
& BAILEY PLLC**

/s/ Thomas W. Waldrep, Jr.
Thomas W. Waldrep Jr. (NC Bar No. 11135)
Kevin L. Sink (NC Bar No. 21041)
James C. Lanik (NC Bar No. 30454)
Jennifer B. Lyday (NC Bar No. 39871)
John R. Van Swearingen (NC Bar No. 53646)
Natalia L. Talbot (NC Bar No. 55328)
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Telephone: 336-717-1280
Facsimile: 336-717-1340
Email: notice@waldrepwall.com

**MASSEY & GAIL**

/s/ Jonathan S. Massey
Jonathan S. Massey (DC Bar No. 457593)
The Wharf
1000 Maine Ave. SW, Suite 450
Washington, D.C. 20024
Telephone: 202-650-5452
Facsimile: 312-379-0467
Email: www.masseygail.com

*Attorneys for Certain Mesothelioma Claimants*

/s/ Cole Hayes
Cole Hayes (NC Bar No. 44443)
601 S. Kings Drive
Suite F PMB #411
Charlotte, NC 28204
Telephone: 704-490-4247
Email: cole@colehayeslaw.com

Melanie L. Cyganowski
(NY Bar No. 1769678)
Adam C. Silverstein
(NY Bar No. 2556538)
Jennifer S. Feeney
(NY Bar No. 2893337)
OTTERBOURG P.C.
230 Park Avenue
New York, New York 10169
Telephone: (212) 661-9100
Facsimile: (212) 682-6104
mcyganowski@otterbourg.com
asilverstein@otterbourg.com
(Admitted *pro hac vice*)

*Attorneys for the MDL PSC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **JOINT DESIGNATION OF EXHIBITS AND WITNESSES OF CERTAIN MESOTHELIOMA CLAIMANTS AND THE MDL PLAINTIFFS' STEERING COMMITTEE** was filed electronically in accordance with the local rules and served upon all parties registered in this matter for electronic service through the CM/ECF system.

This, the 3rd day of November, 2021.

**WALDREP WALL BABCOCK
& BAILEY PLLC**

*/s/ Thomas W. Waldrep, Jr.*
Thomas W. Waldrep Jr. (NC Bar No. 11135)
Kevin L. Sink (NC Bar No. 21041)
James C. Lanik (NC Bar No. 30454)
Jennifer B. Lyday (NC Bar No. 39871)
John R. Van Swearingen (NC Bar No. 53646)
Natalia L. Talbot (NC Bar No. 55328)
370 Knollwood Street, Suite 600
Winston-Salem, NC 27103
Telephone: 336-717-1280
Facsimile: 336-717-1340
Email: notice@waldrepwall.com

*Attorneys for Certain Mesothelioma Claimants*