UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| LTL MANAGEMENT LLC,[1] | : | Case No. 21-30589 (JCW) |
| | : | |
| Debtor. | : | |
| | : | |
| LTL MANAGEMENT LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Adv. Pro. No. 21-03032 (JCW) |
| | : | |
| THOSE PARTIES LISTED ON APPENDIX A TO COMPLAINT and JOHN AND JANE DOES 1-1000, | : | |
| | : | |
| Defendants. | : | |

**SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS
SCHEDULED FOR HEARING ON NOVEMBER 4 AND NOVEMBER 5, 2021**

Time of Hearing: 9:30 a.m. (prevailing Eastern Time) on November 4 and 5, 2021

Location of Hearing: Courtroom of the Honorable Judge J. Craig Whitley, United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, **JCW Courtroom 2B**, 401 West Trade Street, Charlotte, North Carolina 28202.

**MATTERS IN THE BASE CHAPTER 11 CASE**

1. Motion of the Bankruptcy Administrator to Appoint an Official Committee of Talc Claimants [Dkt. 227] (the "Appointment Motion").

   **Status: This matter is going forward on November 4, 2021.**

---

[1] The last four digits of the Debtor's taxpayer identification number are 6622. The Debtor's address is 501 George Street, New Brunswick, New Jersey 08933.

[2] **Amended agenda items appear in bold.**

{00357358 v 1 }

Objection Deadline: November 4, 2021.

Related Documents:

A.    Notice of Solicitation of Parties Interested in Serving on an Official Committee of Talc Claimants [Dkt. 38].

Objections Received:

B.    Limited Objection of Aleathea Goodins to the Appointment Motion [Dkt. 240].

C.    Motion of Linda Rabasca and Brandi Carl in Opposition to Proposed Order Appointing Official Committee of Talc Claimants Entered 10/28/21 [Dkt. 256].

D.    Response and Application of Joseph McGovern to the Motion of the Bankruptcy Administrator to Appoint Official Committee of Talc Claimants [Dkt. 258].

E.    Response to the Appointment Motion [Dkt. 278].

F.    Limited Objection of Julia Lathrop and Daniel Mercer to the Appointment Motion and Request to be Appointed to the Official Committee of Talc Claimants [Dkt. 279].

G.    Limited Objection of Kirk Smith to the Appointment Motion and Request to be Appointed to the Official Committee [Dkt. 280].

H.    Response and Application of Margaret Watson to the Appointment Motion [Dkt. 291].

I.    **Limited Objection of the William Hart Plaintiffs to the Appointment Motion [Dkt. 307] (the "William Hart Objection").**

J.    **Limited Objection and Reservation of Rights as to the Appointment Motion [Dkt. 309].**

K.    **Joinder of Arnold & Itkin LLP on Behalf of Certain Talc Personal Injury Claimants to William Hart Objection to the Appointment Motion, and Request of Arnold & Itkin LLP on Behalf of Certain Talc Personal Injury Claimants for Adjournment of the Appointment Motion Pending Resolution of the Venue OSC [Dkt. 316].**

## MATTERS IN ADVERSARY PROCEEDING 21-3032

2.    Debtor's Motion for an Order (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and

(III) Granting a Temporary Restraining Order Pending a Final Hearing [Adv. Pro. Dkt. 2].[3]

**Status: This matter is going forward November 4, 2021, following the completion of the hearing regarding the Appointment Motion.**

Objection Deadline: November 1, 2021, at 1:00 p.m. (prevailing Eastern time).

Related Documents:

A. Emergency Motion to Enforce the Automatic Stay Against Talc Claimants Who Seek to Pursue Their Claims Against the Debtor and its Non-Debtor Affiliates [Dkt. 44].

B. Debtor's Complaint for Declaratory and Injunctive Relief (I) Declaring That the Automatic Stay Applies to Certain Actions Against Non-Debtors or, (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing [Adv. Pro. Dkt. 1].

C. Supplemental Declaration of John K. Kim in Support of Debtor's Complaint for Declaratory and Injunctive Relief and Related Motions [Adv. Pro. Dkt. 3].

D. Declaration of John K. Kim in Support of First Day Pleadings [Dkt. 5].

E. Notice of Emergency Hearing on Adversary Proceeding Pleadings [Adv. Pro. Dkt. 5].

F. Order Regarding Debtor's Motions for an Order (I) Declaring the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions, and (III) Granting a Temporary Restraining Order Pending a Final Hearing [Adv. Pro. Dkt. 28].

G. Notice of Hearing [Adv. Pro. Dkt. 41].

H. Notice of Filing of Declarations in Support of Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing [Adv. Pro. Dkt. 51].

I. Joint Designation of Exhibits and Witnesses of Certain Mesothelioma Claimants and the MDL Plaintiffs' Steering Committee [Adv. Pro. Dkt. 57].

J. Debtor's Omnibus Reply in Support of (I) Motion to Enforce the Automatic Stay and (II) Motion for an Order (A) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (B) Preliminarily Enjoining Such

---

[3] Filings in the Adversary Proceeding, 21-03032 (JCW), will be abbreviated as "Adv. Pro. Dkt." while filings in the Base Chapter 11 Case, 21-30589 (JCW), will be abbreviated as "Dkt.".

{00357358 v 1 } -3-

Actions and (C) Granting a Temporary Restraining Order Pending a Final Hearing [Adv. Pro. Dkt. 58; Dkt. 292].

K. Notice of Filing of Debtor's Identification of Witnesses and Exhibits [Adv. Pro. Dkt. 61].

L. **Motion to Restrict Public Access to Docket Entry Number 46 [Adv. Pro. Dkt. 64].**

M. **Motion to Redact/Restrict Public Access [Adv. Pro. Dkt. 66].**

N. **Motion to Redact/Restrict Public Access [Adv. Pro. Dkt. 67].**

Objections Received:

O. Memorandum of Law of Certain Mesothelioma Claimants as Creditors Opposition to Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing [Adv. Pro. Dkt. 44] (the "Certain Mesothelioma Claimants Opposition").

P. Opposition of Aylstock, Witkin, Kreis & Overholtz PLLC to Debtor's Request for Preliminary Injunctive Relief [Adv. Pro. Dkt. 45; Dkt. 249].

Q. Exhibits to the Certain Mesothelioma Claimants Opposition [Adv. Pro. Dkt. 46].

R. The MDL Plaintiffs' Steering Committee's Memorandum of Law in Opposition to Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Order Pending a Final Hearing [Adv. Pro. Dkt. 49].

S. OnderLaw, LLC's Objection to Debtor's (I) Emergency Motion to Enforce the Automatic Stay and (II) Motion for Preliminary Injunction; and Joinder to MDL Plaintiffs' Steering Committee Memorandum of Law [Adv. Pro. Dkt. 50].

T. Joinder of Claimants Represented by the Barnes Law Group to Responses Filed by the MDL Plaintiffs' Steering Committee and Certain Mesothelioma Claimants in Opposition to the Debtor's Motion for an Order (I) Declaring that the Automatic Stay Applies to Certain Actions Against Non-Debtors or (II) Preliminarily Enjoining Such Actions and (III) Granting a Temporary Restraining Oder Pending a Final Hearing [Adv. Pro. Dkt. 52].

U. Amended Exhibits to the Certain Mesothelioma Claimants Opposition [Adv. Pro. Dkt. 56].

| | |
|---|---|
| Dated: November 4, 2021<br>Charlotte, North Carolina | Respectfully submitted,<br><br>*/s/ John R. Miller, Jr.*<br>C. Richard Rayburn, Jr. (NC 6357)<br>John R. Miller, Jr. (NC 28689)<br>Matthew L. Tomsic (NC 52431)<br>RAYBURN COOPER & DURHAM, P.A.<br>227 West Trade Street, Suite 1200<br>Charlotte, North Carolina  28202<br>Telephone:  (704) 334-0891<br>Facsimile:   (704) 377-1897<br>E-mail:   rrayburn@rcdlaw.net<br>            jmiller@rcdlaw.net<br>            mtomsic@rcdlaw.net<br><br>Gregory M. Gordon (TX Bar No. 08435300)<br>Dan B. Prieto (TX Bar No. 24048744)<br>Amanda Rush (TX Bar No. 24079422)<br>JONES DAY<br>2727 N. Harwood Street<br>Dallas, Texas 75201<br>Telephone: (214) 220-3939<br>Facsimile: (214) 969-5100<br>E-mail: gmgordon@jonesday.com<br>         dbprieto@jonesday.com<br>         asrush@jonesday.com<br>(Admitted *pro hac vice*)<br><br>Brad B. Erens (IL Bar No. 06206864)<br>JONES DAY<br>77 West Wacker<br>Chicago, Illinois 60601<br>Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br>E-mail: bberens@jonesday.com<br>(Admitted *pro hac vice*)<br><br>PROPOSED ATTORNEYS FOR DEBTOR |