**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

FILED
U.S. Bankruptcy Court
of NC

NOV - 4 2021

Steven T. Salata, Clerk
Charlotte Division
CAS

| | |
|---|---|
| In re:  LTL Management LLC ) | |
| ) | Case No.: 21-30589 |
| ) | Chapter:  11 |
| Debtor. ) | |
| ) | |
| LTL Management LLC ) | |
| Plaintiff, ) | Adversary Proceeding No.: 21-3032 |
| vs. ) | |
| Those Parties Listed on Appendix A ) | |
| To the Complaint and John and Jane ) | |
| Does 1-1000 ) | |
| Defendant. ) | |

## ACKNOWLEDGMENT OF DISPOSAL OF EXHIBITS

The undersigned hereby acknowledges that the exhibits referenced on the attached Exhibit List were disposed of in the following manner:

[ ]  Exhibits were disposed of by the undersigned on _____, after expiration of the 30-day notice period, confirmation of service of the Notice of Intention to Dispose of Exhibits upon the proper parties, and consultation with the Chief Deputy Clerk.

[ X ]  Exhibit Notebook containing Exhibits 1-25 were retrieved on _____ by the undersigned. The retrieving party understands and agrees that it is the responsibility of the retrieving attorney and/or law firm to maintain the referenced exhibits for purposes of appeal.

Dated: 10-4-21

By: _____
Retrieving Party

Joe SATTERLEY
Printed Name of Retrieving Party

Creditor
Represents: (Creditor/Debtor)

U.S. BANKRUPTCY COURT
By: Chelsea Sanders
Deputy Clerk

FILED
U.S. Bankruptcy Court
of NC

OCT 2 2 2021

Steven T. Salata, Clerk
Charlotte Division
CAS

EXHIBIT LIST

| Date: 10-22-2021 | CRD: Chelsea Sanders | | |
|---|---|---|---|
| Case Name: LTL Management LLC v. Those Parties et al | | | |
| Case Number: 21-3032 | | | |
| Attorneys for Debtor: Greg Gordon | | | |
| Attorneys for Defendant: Jerome Block | | | |
| **EXHIBIT** | **DESCRIPTION** | **ID** | **ADM** |
| Exhibit 1 | Declaration of John K. Kim | X | Conditionally Admitted X |
| Defendant 6 | Stipulation signed by Johnson & Johnson | X | Conditionally Admitted X |
| Exhibit 3 | Jury Verdict | X | Conditionally Admitted X |
| Exhibit 4 | Memorandum of Law in Opposition to Brief | X | Conditionally Admitted X |
| Exhibit 6 | Statements by Garde 8/22/19 Tr. 184-185 | X | Conditionally Admitted X |
| Exhibit 2 A | Minutes of Board of Directors | X | Conditionally Admitted X |
| Exhibit 25 | Insurance Agreements relevant to Satisfy a Judgment | X | Conditionally Admitted X |
| Exhibits 1 - 25 | 5 – Certification of John Garde<br>7-Baby Powder Ad<br>8- May 3, 2019 transcript<br>9-April 11, 2018 Transcript<br>10-July 22, 2019 Transcript<br>11-January 28, 2019 Transcript<br>12-Email dated June 4, 2000<br>13-Email dated December 17, 2018<br>14-Video File<br>15-CNBC video with Alex Gorsky<br>16-Johnson & Johnson letter dated 4/26/19<br>17-May 21, 2019 Transcript<br>18-May 31, 2019 Transcript<br>19-Jury Verdict Filed 08/23/21<br>20-Jury Verdict Sheet<br>21-Jury Verdict Filed 03/13/19 | All exhibits ID'd | All Exhibits Conditionally Admitted X |



|  | 22-Jury Verdict Filed 7/11/18<br>23-Orders in Pending Cases<br>24-Answer in Civil Action dated 5/13/19 |  |  |
|---|---|---|---|
|  |  |  |  |
| Location: Charlotte |  |  |  |